IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 DEC -1 PM 4:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SYNETTRA McCREIGHT and MAGGIE OLIVER, ) ) ) ) Plaintiff, ) ) v. ) ) WELLS FARGO HOME MORTGAGE, ) a division of WELLS FARGO, N.A., ) ) Defendant. ) ) | NO. 05-2821-MI V |

## ~~PROPOSED~~ ORDER GRANTING WELLS FARGO'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant, Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo") moves to extend time to submit a response to the Complaint filed by Plaintiffs in this action. Plaintiffs do not oppose this request.

IT IS THEREFORE ORDERED that Defendant Wells Fargo's Motion to Extend Time to Respond to Plaintiffs' Complaint is granted and Wells Fargo shall be allowed up to and including December 30, 2005 within which to submit a response to the complaint.

_Diane K Vescovo_
JUDGE – U.S. Magistrate Judge
Date: _December 1, 2005_

M BET 915167 v1
0-0 11/30/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-1-05_

(3)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02821 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Herman Morris
LAW OFFICES OF HERMAN MORRIS
220 S. Main Street
Memphis, TN 38103

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT